UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SAEED KAID,

Plaintiff,

DECISION AND ORDER
v.                                                                  15-CV-548A

JOSEPH RUDNICK,

Defendant.

The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On June 26, 2018, Magistrate Judge Schroeder filed a Report and Recommendation (Dkt. No. 62), recommending that Defendant's motion for summary judgment (Dkt. No. 47) be granted.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, Defendant's motion for summary judgment is granted in its entirety.

The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   August 13, 2018